1  Jodi E. Lopez (SBN 231117)
   jlopez@sidley.com
2  SIDLEY AUSTIN LLP
   555 West 5th Street
3  Los Angeles, CA 90013
   Telephone: +1 (213) 896-6000
4  Facsimile: +1 (213) 896-6600

5  Attorneys for Applicant
   BEACON SALES ACQUISITION, INC.

6

7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF BEACON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No.<br><br>**BEACON SALES ACQUISITION, INC.'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782**<br><br>Memorandum of Law, Declaration of James W. Ducayet, Declaration of Kyunghoon Lee, Affidavit of David Jenkins, and [Proposed] Order Filed Concurrently |

Applicant Beacon Sales Acquisition, Inc. ("Beacon" or "Applicant"), by its undersigned counsel, hereby submits this *ex parte* Application to the Court pursuant to 28 U.S.C. § 1782 for an order granting Beacon leave to serve the subpoena attached as Exhibit A to the accompanying Declaration of James W. Ducayet ("Ducayet Decl.") (filed concurrently) to S-Energy America, Inc. ("S-Energy"), a corporate entity located within this district. Beacon requests this Order *ex parte* because such applications are commonly made and granted on an *ex parte* basis and do not implicate due process concerns. *In re Application of Joint Stock Co. Raiffeinsenbank*, No. 16-mc-80203-MEJ, 2016 WL 6474224, at *3 (N.D. Cal. Nov. 2, 2016).

In support of its Application, Beacon states as follows:

1. Allied Building Products Corp. ("Allied") is a defendant in an action filed by S-Energy, and pending before the Seoul Central District Court, Republic of Korea, captioned *S-Energy America, Inc. v. Allied Building Products Corp.*, Case No. 2018Gahap585603 ("Korean Litigation"). In 2018, Allied became part of Beacon as a result of the merger of Allied with and into Allied Building Products LLC, and the subsequent merger of Allied Building Products LLC with and into Beacon. Beacon therefore brings this Application on behalf of Allied as its successor in interest. The Application seeks documents and deposition testimony from S-Energy America for use in the Korean Litigation.

2. In its Complaint in the Korean Litigation, S-Energy alleges that Allied breached the parties' contract for the purchase of solar panel modules by failing to take delivery of the product. *Id.* In an effort to refute the allegations presented in the Complaint, Beacon (as the successor in interest to Allied) is seeking leave to issue a subpoena to S-Energy. The specific documentary and testimonial evidence Applicant seeks relates to the course of dealing between Allied and S-Energy, and the relationship between S-Energy America and its parent company, S-Energy Co., Ltd. in Korea.

3. Under 28 U.S.C. § 1782, "[t]he district court of the district in which a person resides or is found may order him . . . to produce a document . . . for use in a proceeding in a foreign or international tribunal." 28 U.S.C. § 1782(a). As further described in the accompanying Memorandum of Law, Section 1782's three statutory requirements and four discretionary factors are satisfied in this case.

4. Section 1782's three statutory requirements for judicial assistance are satisfied here because (1) S-Energy America's principal place of business is in this District, (2) the discovery sought by Beacon is for use in a civil court proceeding in South Korea, and (3) Beacon, as successor in interest to Allied, is an interested party in that foreign proceeding. *See id.*; *see also In re Premises Located at 840 140th Ave. NE, Bellevue, Wash.*, 634 F.3d 557, 562 (9th Cir. 2011)*; IPCom GMBH & Co. KG v. Apple*

*Inc.*, 61 F. Supp. 3d 919, 922 (N.D. Cal. 2014).

5. If the statutory requirements are met, a district court may grant the discovery in its discretion. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264 (2004). The four discretionary factors are satisfied because (1) although S-Energy America is a party to the Korean Litigation, the discovery sought is outside the Korean court's jurisdiction; (2) the Korean court is receptive to this Court's assistance and to the discovery requested, as evidenced by the Declaration of Kyunghoon Lee filed concurrently with this application. *See also In re Application of PQ Corp. for Ex Parte Order to Obtain Discovery for Use in Foreign Proceedings*, No. 6:13-mc-9-Orl-36KRS, 2013 WL 3270407, at *6 (M.D. Fla. June 26, 2013) (finding Korean attorney's declaration that "it is high [sic] likely that the Korean courts would welcome" the information sought through a Section 1782 application, sufficient to satisfy the second discretionary factor); (3) this Application is not made to circumvent South Korean proof-gathering restrictions, and the discovery sought is consistent with U.S. discovery rules; and (4) the discovery sought is not unduly burdensome or intrusive.

WHEREFORE, Beacon respectfully requests that this Court issue an order pursuant to 28 U.S.C. § 1782, in the form filed herewith, granting Beacon leave to issue a subpoena to S-Energy America in the form attached as Exhibit A to the Declaration of J. Ducayet, and retaining jurisdiction to address any disputes that may arise over the enforcement of the subpoenas.

Date: July 25, 2019

Respectfully Submitted,

**Beacon Sales Acquisition, Inc.**

By: *s/ Jodi E. Lopez*
    Jodi E. Lopez
    jlopez@sidley.com
    SIDLEY AUSTIN LLP
    555 West 5th Street
    Los Angeles, CA 90013
    Tel: (213) 896-6000
    Fax: (213) 896-6600

*Attorneys for Beacon Sales Acquisition, Inc.*

3

BEACON SALES ACQUISITION, INC.'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782