1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| IN RE *EX PARTE* APPLICATION OF BECON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 8:19-mc-00017-DOC (JDEx)<br><br>ORDER |
|---|---|

   This matter comes before the Court upon the *ex parte* application of Beacon Sales Acquisition, Inc. ("Beacon") pursuant to 28 U.S.C. § 1782 for leave to issue document and deposition subpoenas to S-Energy America, Inc. ("S-Energy America"). Dkt. 1. The Court has reviewed Beacon's application and accompanying memorandum of law, the Declaration of James W. Ducayet, and the Declaration of Kyunghoon Lee. The Court finds that Beacon's application satisfies the requirements and discretionary factors of 28 U.S.C. § 1782 for the reasons stated in Beacon's application and accompanying memorandum of law.

   As a result, IT IS HEREBY ORDERED THAT Beacon is granted leave to issue to S-Energy America document and deposition subpoenas in the form

1 attached to Beacon's application, and this Court retains jurisdiction to address
2 any disputes that may arise over the enforcement of the subpoena.

Dated: July 26, 2019

_____
JOHN D. EARLY
United States Magistrate Judge