Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street
Los Angeles, CA 90013
Telephone: +1 (213) 896-6000
Facsimile: +1 (213) 896-6600

Attorneys for Applicant
BEACON SALES ACQUISITION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF BEACON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 8:19-mc-00017<br><br>**JOINT STIPULATION REGARDING S-ENERGY AMERICA, INC.'S PRODUCTION OF DOCUMENTS PURSUANT TO A SUBPOENA ISSUED PURSUANT TO 28 U.S.C. § 1782** |

STIPULATION

# RECITALS

WHEREAS, there is an action pending in Seoul Central District Court, Republic of Korea, captioned *S-Energy America, Inc. v. Allied Building Products Corp.*, Case No. 2018Gahap585603 (the "Korean Litigation") between Allied Building Products Corp. ("Allied") and S-Energy America, Inc. ("S-Energy");

WHEREAS, on July 25, 2019, Beacon Sales Acquisition Inc. ("Beacon") applied *ex parte* to the U.S. District Court for the Central District of California for an order granting leave to issue a subpoena pursuant to 28 U.S.C. § 1782 to obtain discovery relevant to the Korean Litigation;

WHEREAS, on July 26, 2019, Magistrate Judge Early granted Beacon's application for leave to issue a subpoena in the form attached to the *ex parte* application, which commanded the production of documents and testimony under Federal Rule of Civil Procedure 30(b)(6) (the "Subpoena");

WHEREAS, on August 1, 2019, the Subpoena was validly served on S-Energy America, Inc. ("S-Energy") by serving Cathy Chung, an employee of S-Energy authorized to accept service of process;

WHEREAS, on August 13, 2019, S-Energy served its Objection to Beacon Sales Acquisition Inc.'s Subpoena to Testify at a Deposition in a Civil Action;

WHEREAS, on September 6, 2019 and October 4, 2019, S-Energy produced certain documents in response to the Subpoena;

WHEREAS, the Parties have reached agreement on the scope of S-Energy's production in an effort to avoid costly and potentially unnecessary motion practice regarding S-Energy's compliance with the Subpoena;

# STIPULATION

**NOW, THEREFORE,** S-Energy and Beacon hereby AGREE and STIPULATE that, without waiver of S-Energy's Objection to Beacon Sales Acquisition Inc.'s Subpoena to Testify at a Deposition in a Civil Action, S-Energy shall produce all non-

privileged documents generated by the search terms attached as Exhibit A in its custody, possession, or control by November 11, 2019, subject to entry of a mutually agreeable protective order.

Date:  October 15, 2019                    Respectfully Submitted,

**Beacon Sales Acquisition, Inc.**

By: *s/ Jodi E. Lopez*

Jodi E. Lopez
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street
Los Angeles, CA 90013
Telephone: +1 (213) 896-6000
Facsimile: +1 (213) 896-6600

*Attorneys for Beacon Sales Acquisition, Inc.*

**S-Energy America, Inc.**

By: *s/ James C. Wald*

James C. Wald
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA  90067
Telephone: +1 (310) 228-6143
Facsimile: +1 (310) 228-3983

*Attorneys for S-Energy America, Inc.*

\*   \*   \*

### L.R. 5-4.3.4(a)(2)(i) Attestation

I, Jodi E. Lopez, attest that all other signatories listed an on whose behalf the filing is submitted concur in the filing's content and have authorized the filing

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, a copy of the foregoing document was served via electronic mail to all counsel.

Dated: October 15, 2019  **Beacon Sales Acquisition, Inc.**

By: */s/Jodi E. Lopez*

Jodi E. Lopez
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street
Los Angeles, CA 90013
Telephone: +1 (213) 896-6000
Facsimile: +1 (213) 896-6600

*Attorneys for Beacon Sales Acquisition, Inc.*