UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF BEACON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 8:19-mc-00017-DOC (JDEx)<br><br>ORDER<br><br>Stipulation Filed Concurrently |

Pursuant to the Stipulation of the parties (Dkt. 8, "Stipulation"), and good cause appearing therefore, it is hereby ORDERED that S-Energy America, Inc., shall produce all non-privileged documents generated by the search terms attached as Exhibit A to the Stipulation in its custody, possession, or control by November 11, 2019, subject to entry of a mutually agreeable protective order.

Dated: October 15, 2019

_____

JOHN D. EARLY
United States Magistrate Judge

ORDER