Jodi E. Lopez (SBN 231117)
jlopez@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street
Los Angeles, CA 90013
Telephone: +1 (213) 896-6000
Facsimile: +1 (213) 896-6600

Attorneys for Applicant
BEACON SALES ACQUISITION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF BEACON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 8:19-mc-00017<br><br>**[PROPOSED] ORDER**<br><br>Joint Stipulation Filed Concurrently |

Pursuant to the Stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that S-Energy America Inc.'s discovery obligations, including but not limited to producing the documents identified under Magistrate Judge Early's October 15, 2019 order, shall be stayed through January 31, 2020 to allow the parties to negotiate an appropriate settlement, provided, however, that if Beacon Sales Acquisition Inc. concludes that the discussions are not likely to lead to a mutually agreeable settlement, it may give notice to S-Energy to produce all non-privileged documents generated by the search terms attached as Exhibit A to the October 15, 2019 Stipulation that are in its custody, possession, or control within seven (7) days of such notice. If the new due date for the production falls on a weekend or holiday, S-Energy

shall have until and through the next business day to produce the documents.

IT IS SO ORDERED.

Dated: _____

JOHN D. EARLY
United States Magistrate Judge